Thananjeyan
**THAMOTHARAMPILLAI, Petitioner,**

v.

**Peter D. KEISLER,\* Acting Attorney General, Respondent.**

**No. 04–70829.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 16, 2007.\*\*

Filed Oct. 23, 2007.

Markandu S. Vigneswaran, Law Offices of Markandu S. Vigneswaran, Hacienda Heights, CA, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Thomas K. Buck, Esq., USLA–Office of the U.S. Attorney Civil & Tax Divisions, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: KOZINSKI, TASHIMA and McKEOWN, Circuit Judges.

---

\* Peter D. Keisler is substituted for his predecessor, Alberto R. Gonzales, as Acting Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

\*\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM \*\*\***

The reasons articulated by the IJ don't support the adverse credibility finding. 8 U.S.C. § 1252(b)(4)(B). However, doubts about petitioner's credibility have been raised. *See Hartooni v. INS,* 21 F.3d 336, 343 (9th Cir.1994). We therefore remand for the agency to reconsider its adverse credibility finding and petitioner's other claims. *See Garrovillas v. INS,* 156 F.3d 1010, 1016 (9th Cir.1998).

**PETITION GRANTED AND RE-MANDED.**

---

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

